1  Taylor M. Tieman, Esq (SBN305269)
   ttieman@consumerlawcenter.com
2  Krohn & Moss, Ltd.
   1112 Ocean Drive, Suite 301
3  Manhattan Beach, CA  90266
   Tel: (323) 988-2400;
4  Fax: (866) 861-1390

5  Attorneys for Plaintiff, MARY AVILLA

6

7                    **UNITED STATES DISTRICT COURT**
                     **CENTRAL DISTRICT OF CALIFORNIA**
8

9  MARY AVILLA,                          )  **Case No.: 2:16-cv-09231-DMG-E**
                                         )
10                 Plaintiff,            )
11        v.                             )
                                         )  **NOTICE OF SETTLEMENT**
12 CITIBANK, N.A.,                       )
                                         )
13                 Defendant.            )
                                         )
14 _____      )

15

16

17        NOW COMES the Plaintiff, MARY AVILLA, by and through the undersigned

18 counsel and hereby informs the court that a settlement of the present matter has been reached and

19 is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the

20 next 60 days.

21        Plaintiff therefore requests that this honorable court vacate all dates currently set on

22 calendar for the present matter.

23                                Respectfully Submitted,

24 Dated: March 1, 2017           KROHN & MOSS LTD

25                                /s/Taylor M. Tieman_____
26                                Taylor M. Tieman, Esq.
                                  Attorney for Plaintiff,
27                                MARY AVILLA

28                                       1

   _____
                          NOTICE OF SETTLEMENT

1

2

## CERTIFICATE OF SERVICE

3

I hereby certify that on March 1, 2017, I electronically filed the foregoing Notice of

4

Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on

5

March 1, 2017 I served all counsel of record with a copy of this document by way of the CM/ECF

6

system.

7

8

9

                       By:    /s/Taylor M Tieman_____

10

                              Taylor Tieman, Esq.
                              Attorney for Plaintiff,

11

                              MARY AVILLA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2