Taylor M. Tieman (SBN 305269)
Krohn & Moss, Ltd.
1112 Ocean Dr., 3rd Floor,
Manhattan Beach, CA 90266
Tel: (323) 988-2400 ext. 254
Fax: (866) 861-1390
ttieman@consumerlawcenter.com
MARY AVILLA

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY AVILLA, | Case No.: 2:16-cv-09231-DMG-E |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | **WITH PREJUDICE** |
| CITIBANK, N.A., | |
| Defendant. | |

- 2 -

IT IS HEREBY STIPULATED by and between Plaintiff MARY AVILLA, and Defendant CITIBANK, N.A., through their respective counsel of record, that the above-captioned action be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party shall bear his/its own attorney's fees and costs.

| Dated: April 3, 2017 | Dated: April 3, 2017 |
|---|---|
| /s/ Michael D. Schulman<br>Michael D. Schulman<br>Law Office of Michael D. Schulman<br>18757 Burbank Blvd, Suite 310<br>Tel: (818) 999-5553<br>Fax: (810-8) 999-5570<br>mike@schulmanlawoffices.com<br>CITIBANK, N.A. | /s/ Taylor M. Tieman<br>Taylor M. Tieman (SBN 305269)<br>Krohn & Moss, Ltd.<br>1112 Ocean Dr., 3rd Floor,<br>Manhattan Beach, CA 90266<br>Tel: (323) 988-2400 ext. 254<br>Fax: (866) 861-1390<br>ttieman@consumerlawcenter.com<br>MARY AVILLA |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System. A copy of said Stipulation of Dismissal With Prejudice was electronically submitted to all parties by the Court's CM/ECF System.

/s/ Taylor M. Tieman
Taylor M. Tieman
Attorney for Plaintiff