# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY AVILLA,<br><br>            Plaintiff,<br><br>      v.<br><br>CITIBANK, N.A.,<br><br>            Defendant. | Case No.: 2:16-cv-09231-BRO-Ex<br><br>**ORDER** |

Based upon the Joint Stipulation of Dismissal by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.  Each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 7, 2017                                  _____

                                                                    Hon. Beverly Reid O'Connell